# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LANIEKA N. WISE,                             )     Case No. 11-cv-00690-SKO
                                             )
                                             )     **ORDER GRANTING REQUEST FOR**
                Plaintiff,                   )     **EXTENSION OF TIME**
                                             )
        v.                                   )
                                             )     (Doc. 12)
MICHAEL J. ASTRUE,                           )
Commissioner of Social Security,             )
                                             )
                                             )
                Defendant.                   )
                                             )
_____ )

        On November 16, 2011, the parties filed a stipulated request that Plaintiff be granted an

extension of time to file an opening brief.  (Doc. 12.)  The Court GRANTS the parties' request.

        Accordingly, pursuant to dates stipulated to by the parties, IT IS HEREBY ORDERED that:

        1.      Plaintiff shall file an opening brief **on or before January 9, 2012**;

        2.      Defendant shall file a responsive brief **on or before February 9, 2012**; and

        3.      Plaintiff may file a reply brief **on or before February 23, 2012**.


IT IS SO ORDERED.

**Dated:    November 17, 2011**                     _____/s/ Sheila K. Oberto_____
                                                    UNITED STATES MAGISTRATE JUDGE