# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANIEKA N. WISE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____ | Case No. 11-cv-00690-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 12) |

On November 16, 2011, the parties filed a stipulated request that Plaintiff be granted an extension of time to file an opening brief. (Doc. 12.) The Court GRANTS the parties' request.

Accordingly, pursuant to dates stipulated to by the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief **on or before January 9, 2012**;
2. Defendant shall file a responsive brief **on or before February 9, 2012**; and
3. Plaintiff may file a reply brief **on or before February 23, 2012**.

IT IS SO ORDERED.

**Dated:   November 17, 2011**　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE