| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | DONNA CALVERT<br>Acting Regional Chief Counsel, Region IX |
| 3 | BRENDA M. PULLIN<br>Special Assistant United States Attorney |
| 4 | Social Security Administration |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California  94105 |
| 6 | Telephone:  (415) 977-8975<br>Facsimile:  (415) 744-0134 |
| 7 | E-Mail:Brenda.Pullin@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LANIEKA N. WISE,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | CASE NO. 1:11-CV-00690-SKO<br><br>STIPULATION AND PROPOSED ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file his responsive brief.

The extension is being sought due to defendant's counsel's heavy workload during the past month combined with a backlog of cases after long-scheduled holiday leave and cross-country travel. In addition, reduced staffing makes reassignment of the case to another attorney an impossibility, as no other attorney is available to take on additional duties. Several senior attorneys have left the regional counsel's office in the last few months and cannot be replaced due to the hiring freeze.

Given these constraints, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's cross-motion for summary judgment. The new due date will be March 9, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 9, 2012          /s/ Steven G. Rosales
                                 (As authorized via e-mail)
                                 STEVEN G. ROSALES
                                 Attorney for Plaintiff


Dated: February 7, 2012          BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Brenda M. Pullin
                                 BRENDA M. PULLIN
                                 Special Assistant U.S. Attorney


## **ORDER**

Pursuant to the parties' stipulated request, it is HEREBY ORDERED that:

1. The Commissioner shall file a responsive brief **on or before March 9, 2012**; and

2. Plaintiff may file an optional reply brief **on or before March 26, 2012.**


IT IS SO ORDERED.

**Dated:   February 13, 2012**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE